```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
KADMON CORPORATION, LLC,                                           :
                                                                   :
                                    Plaintiff,                     :
                                                                   :        22-cv-5271 (LJL)
                    -v-                                            :
                                                                   :            ORDER
LIMITED LIABILITY COMPANY ONCON,                                   :
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff initiated this action on June 22, 2022.  Dkt. No. 1.  An electronic summons was issued on June 23, 2022.  Dkt. No. 5.  Federal Rule of Civil Procedure 4 mandates that a defendant must be served within 90 days after the complaint is filed.  Plaintiff has not filed proof of service on the docket.  Plaintiff shall serve the complaint by October 14, 2022 and file proof of service on the docket; if Plaintiff fails to do so and does not show good cause for the failure, the case will be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

      SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                                      LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022